**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-02634-LTB-BNB

MELLANY GONZALES,

       Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

       Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal Without Prejudice of Plaintiff's Fourth and Fifth Claims for Relief (Doc 12 - filed May 3, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE as to Plaintiff's Fourth and Fifth Claims for Relief,** each party to pay their own fees and costs.

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:  May 6, 2013