**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-02634-LTB-BNB

MELLANY GONZALES,

       Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

       Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 22 - filed October 22, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE**, each party to pay their own fees and costs.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED:   October 23, 2013